**LANE & NACH, P.C.**
2025 North Third Street
The Brookstone - Suite 157
Phoenix, Arizona 85004
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Michael P. Lane – 007435
Email: michael.lane@lane-nach.com

Attorneys for Plaintiff

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| MICHAEL TEETER, | No. 2:09-bk-29781-CGC |
| Debtor. | Adv. No. 2-10-ap-01981 |
| ROGER W. BROWN, CHAPTER 7 TRUSTEE, | **COMPLAINT FOR TURNOVER OF PROPERTY** |
| Plaintiff, | |
| vs. | |
| STEVE COHEN dba ACE WATER DAMAGE SOLUTIONS, an unknown entity, | |
| Defendant. | |

Roger W. Brown, Chapter 7 Trustee and Plaintiff, by and through his counsel, Lane & Nach, P.C., for his Complaint against Defendant, respectfully alleges as follows:

1. This is a core proceeding over which this Court has jurisdiction pursuant to 28 U.S.C. §157(b)(2) and §1334.

2. On or about November 18, 2009, Debtor filed a voluntary bankruptcy petition for relief under Chapter 7.

3. Venue is proper before this Court pursuant to 28 U.S.C. §1409.

4. Plaintiff is the duly appointed and acting Trustee herein.

5. Defendant is a resident of the State of Arizona and authorized to conduct business in the State of Arizona under the trade name "Ace Water Damage Solution".

6. All events complained of herein occurred in this District.

7. Upon information and belief and prior to the filing of this Chapter 7 case, Debtor, doing business as Micen Environmental, performed services/provided product for and on behalf of the Defendant on open account and in the cumulative sum of $4,900.00. See Exhibit "A" attached hereto.

8. Upon information and belief, upon the commencement of this Chapter 7 case, the obligation of Defendant to Debtor became property of this Chapter 7 estate.

9. Plaintiff made demand several demands upon Defendant to turnover the sum of $4,900.00.

10. Despite these demands, Defendant has failed and refused and continues to fail and refuse to turnover property belonging to this Chapter 7 estate.

11. Pursuant to 11 U.S.C. §§542 and 550, Plaintiff is entitled to an Order of this Court requiring Defendant to turnover all such monies to Plaintiff.

WHEREFORE, Plaintiff respectfully moves this Court for judgment against Defendant as follows:

A. For an Order requiring the Defendant to surrender to Plaintiff the sum of $4,900.00;

B. For interest at the highest rate allowed by law from and after the date of judgment until paid;

C. Plaintiff's reasonable attorneys' fees and costs and in the minimum amount of Five Hundred Dollars ($500.00) in the event a default judgment is obtained; and;

D. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 8TH day of November, 2010.

LANE & NACH, P.C.

By /s/ MPL 007435
Michael P. Lane
Attorney for Plaintiff

# EXHIBIT "A"



| | MICEN Environmental<br>PO Box 5671<br>Mesa, AZ 85211 | | **Invoice** | |
|---|---|---|---|---|
| | Phone # | Fax # | Date | Invoice # |
| | (602) 751-7934 | (480) 219-1667 | 10/12/2009 | 9078 |

| Bill To |
|---|
| Ace Water Damage Solutions<br>Angie McCracken<br>PO Box 72030<br>Phoenix, Arizona 85050 |

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
| | MIC09081F | NET 30 | 11/11/2009 | Cain Residence Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total**     $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211

Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2009 | 9077 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09080F | NET 30 | 11/11/2009 | Mission Gate Condos #109 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone #     Fax #
(602) 751-7934     (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2009 | 9076 |

| Bill To |
|---|
| Ace Water Damage Solutions<br>Angie McCracken<br>PO Box 72030<br>Phoenix, Arizona 85050 |

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09079F | NET 30 | 11/11/2009 | Scottsdale Bay Club #338 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total**     $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211

Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2009 | 9075 |

| Bill To |
|---|
| Ace Water Damage Solutions<br>Angie McCracken<br>PO Box 72030<br>Phoenix, Arizona 85050 |

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09078F | NET 30 | 11/11/2009 | Rancho Antigua #1105 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 10/12/2009 | 9074 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09077F | NET 30 | 11/11/2009 | Sienna Condos #1132 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



| MICEN Environmental | **Invoice** | |
|---|---|---|
| PO Box 5671 | Date | Invoice # |
| Mesa, AZ 85211 | 10/12/2009 | 9075 |
| Phone # (602) 751-7934  Fax # (480) 219-1667 | | |

**Bill To**
Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09078F | NET 30 | 11/11/2009 | Rancho Antigua #1105 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



| | MICEN Environmental<br>PO Box 5671<br>Mesa, AZ 85211 | | **Invoice** | |
|---|---|---|---|---|
| | Phone # | Fax # | Date | Invoice # |
| | (602) 751-7934 | (480) 219-1667 | 10/12/2009 | 9074 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
| | MIC09077F | NET 30 | 11/11/2009 | Sienna Condos #1132 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone #  Fax #
(602) 751-7934  (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 10/5/2009 | 9071 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09074F | NET 30 | 11/4/2009 | Scottsdale Bay Club #138 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211

Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 10/1/2009 | 9069 |

**Bill To**

Ace Restoration Services
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09072F | NET 30 | 10/31/2009 | Scottsdale Shadows #405 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 9/24/2009 | 9068 |

| Bill To |
|---|
| Ace Water Damage Solutions<br>Angie McCracken<br>PO Box 72030<br>Phoenix, Arizona 85050 |

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09071F | NET 30 | 10/24/2009 | Sienna Condos Water Heater Closet Inv. |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Environmental Site Survey: Environmental Consulting, Air-O-Cell Cassette Laboratory Analysis, and Report Preparation | 350.00 | 350.00 |

MICEN EIN # 87-0708163
THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone #  Fax #
(602) 751-7934  (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 9/24/2009 | 9066 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09069F | NET 30 | 10/24/2009 | Stankowiak Res. Microbial Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

MICEN EIN # 87-0708163
THANK YOU FOR YOUR BUSINESS.

**Total** $350.00

Case 2:10-ap-01981-CGC   Doc 1   Filed 11/08/10   Entered 11/08/10 10:26:32   Desc
Main Document   Page 14 of 17



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 4/24/2009 | 9038 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC09041F | NET 30 | 5/24/2009 | Montelucia Unit 402 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

MICEN EIN # 87-0708163
THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211
Phone #  Fax #
(602) 751-7934  (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 12/29/2008 | 8229 |

| Bill To |
|---|
| Ace Water Damage Solutions<br>Angie McCracken<br>PO Box 72030<br>Phoenix, Arizona 85050 |

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC08245F | NET 30 | 1/28/2009 | Water Works Condos #1031 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

MICEN EIN # 87-0708163
THANK YOU FOR YOUR BUSINESS.

**Total** $350.00



MICEN Environmental
PO Box 5671
Mesa, AZ 85211

Phone # (602) 751-7934
Fax # (480) 219-1667

# Invoice

| Date | Invoice # |
|---|---|
| 12/21/2008 | 8226 |

**Bill To**

Ace Water Damage Solutions
Angie McCracken
PO Box 72030
Phoenix, Arizona 85050

| Claim # | MICEN Project Reference # | Terms | Due Date | Project |
|---|---|---|---|---|
|  | MIC08242F | NET 30 | 1/20/2009 | Carefree Villages Unit 5280 Clearance |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Microbial Final Clearance Sampling Set I: Environmental Consulting, Air-O-Cell Cassette Sample Analysis and Report Preparation. | 350.00 | 350.00 |

MICEN EIN # 87-0708163
THANK YOU FOR YOUR BUSINESS.

**Total** $350.00